UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL T. GEBHART, | Case No. 2:17-cv-02891-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| DITECH FINANCIAL LLC, | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (ECF No. 10) filed February 9, 2018, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than September 7, 2018 unless dispositive motions were filed. No dispositive motions were filed by the deadline. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1.    Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **September 27, 2018**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2.    The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 13th day of September, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE