UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL T. GEBHART,<br><br>                  Plaintiff,<br>v.<br><br>DITECH FINANCIAL LLC,<br><br>                  Defendant. | Case No. 2:17-cv-02891-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (ECF No. 9) filed February 9, 2018, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than September 7, 2018. There are no dispositive motions pending. To date, the parties have not complied.

On October 5, 2018, plaintiff's counsel filed a Notice of Dismissal with Prejudice (ECF No. 13) indicating the parties had entered into a settlement agreement with each side to bear their own fees and costs. On October 9, 2018, a Minute Order (ECF No. 14) was entered advising counsel that the Notice (ECF No. 13) was insufficient and that counsel needed to comply with Fed. R. Civ. P. 41(a)(1(A)(ii) to dismiss this case. Because defendant appeared and filed an answer a notice of dismissal is insufficient. Either a court order "on such terms as the court proper" Rule 41(a)(2) or a stipulation for dismissal signed by all parties who have appeared is required. Rule 41(a)(1)(A)(ii). Plaintiff has not applied for a court order, and the parties have not stipulated to dismissal. This case remains open on the court's docket and has wasted judicial resources to monitor a case that should be dismissed and closed if, in fact, the parties have settled. If they have not finalized their settlement discovery has closed and the joint pretrial order is more than two months overdue.

Accordingly,

1

**IT IS ORDERED:**

1. Counsel shall have until **November 28, 2018** to either file a stipulation to dismiss with prejudice, or their joint pretrial order.

2. Failure to timely comply with this order will result in the imposition of sanctions.

DATED this 14th day of November, 2018.

                                                                          PEGGY A. LEEN
                                                                          UNITED STATES MAGISTRATE JUDGE