**ANDREW A. BAO, ESQ.**
Nevada State Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
DITECH FINANCIAL, LLC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL T. GEBHART,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC,<br><br>　　　　　Defendant. | Case No. 2:17-cv-02891-JAD-GW<br><br>**STIPULATION RE: FILING OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

Plaintiff MICHAEL T. GEBHART ("Plaintiff") and DITECH FINANCIAL, LLC ("DITECH") (jointly as the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Order.

The Parties have fully executed a settlement agreement relating to this action. Pursuant to the terms of the settlement agreement, Plaintiff has agreed to dismiss this action, and all claims therein, with prejudice against DITECH. However, there are still some settlement obligations pending, which the parties believe should be resolved in the next 30 days.

///

///

Thus, the parties stipulate, subject to the court's approval, that a stipulation of dismissal with prejudice be filed within 30 days of the date of this stipulation. The parties apologize to the court for not previously filing such a stipulation or providing adequate notice to the court that this matter is subject to an executed settlement agreement.

IT IS SO STIPULATED.

DATED: 28th of November, 2018                DATED: 28th of November, 2018

WOLFE & WYMAN LLP

By:*/s/Andrew A. Bao*                         By:*/s/Michael T. Gebhart*
   ANDREW A. BAO, ESQ.                       MICHAEL T. GEBHART, ESQ.
   6757 Spencer Street                        Nevada Bar No. 7718
   Las Vegas, NV 89119                        844 Holly Lake Way
   Attorneys for Defendant                    Henderson, NV 89002
   **DITECH FINANCIAL, INC.**                 Plaintiff

## ORDER

Based on the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that a stipulation and order of dismissal with prejudice be filed by December 28, 2018.

IT IS SO ORDERED.

Dated this 4th day of December, 2018.

By: _____
          MAGISTRATE COURT JUDGE

Submitted by,

DATED: _____ of _____ , 2018

WOLFE & WYMAN LLP

By:*/s/Andrew A. Bao*
   ANDREW A. BAO, ESQ.
   6757 Spencer Street
   Las Vegas, NV 89119
   Attorneys for Defendant
   **DITECH FINANCIAL, INC.**

3221533.2

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the 28th day of November, 2018, the foregoing **STIPULATION RE DISMISSAL WITH PREJUDICE** was served on the following by Electronic Service to:

(All Parties on the E-Service List)

 */s/ Tina M. Abrante*
 Tina M. Abrante
 An employee of WOLFE & WYMAN LLP

3221533.2