**ANDREW A. BAO, ESQ.**
Nevada State Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
DITECH FINANCIAL, LLC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. GEBHART,<br><br>            Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC,<br><br>            Defendant. | Case No. 2:17-cv-02891-JAD-GW<br><br>**JOINT REPORT RE: FILING OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

Plaintiff MICHAEL T. GEBHART ("Plaintiff") and DITECH FINANCIAL, LLC ("DITECH") (jointly as the "Parties"), hereby submit this report to apprise the court of the current settlement.

The Parties have fully executed a settlement agreement relating to this action. Pursuant to the terms of the settlement agreement, Plaintiff has agreed to dismiss this action, and all claims therein, with prejudice against Ditech. There are still some settlement obligations pending that Ditech must perform. The parties believed the matter would have been resolved previously but are still working towards finalizing these obligations.

///

///

///

1
**JOINT REPORT**

3247804.1

The parties make one last request for 30 days to file a dismissal of this matter with prejudice.

DATED: January 7, 2019

WOLFE & WYMAN LLP

By:/s/Andrew A. Bao
 ANDREW A. BAO, ESQ.
 6757 Spencer Street
 Las Vegas, NV  89119
 Attorneys for Defendant
 **DITECH FINANCIAL, INC.**

DATED: January 7, 2019

By:/s/Michael T. Gebhart
 MICHAEL T. GEBHART, ESQ.
 Nevada Bar No. 7718
 844 Holly Lake Way
 Henderson, NV  89002
 Plaintiff

**IT IS ORDERED** that the settling parties shall have until **February 6, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: January 8, 2019

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

On January 7, 2019, I served the foregoing **JOINT REPORT RE: FILING OF DISMISSAL WITH PREJUDICE**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

MICHAEL T. GEBHART, ESQ.
Nevada Bar No. 7718
844 Holly Lake Way
Henderson, NV  89002
Plaintiff
michael@gebhartlawyer.com

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

*/s/Tina M. Abrante*
Tina M. Abrante
An employee of Wolfe & Wyman LLP