**ANDREW A. BAO, ESQ.**
**Nevada State Bar No. 10508**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Telephone:  (702) 476-0100**
**Facsimile:   (702) 476-0101**
**aabao@wolfewyman.com**

**Attorneys for Defendant**
**DITECH FINANCIAL, LLC.**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL T. GEBHART,<br><br>    Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC,<br><br>    Defendant. | Case No. 2:17-cv-02891-JAD-GW<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>ECF No. 22 |

**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE**

Plaintiff MICHAEL T. GEBHART ("Plaintiff") and DITECH FINANCIAL, LLC ("DITECH") (jointly as the "Parties"), by and through their respective legal counsel of record, hereby stipulate pursuant to FRCP Rule 41(a)(1)(A)(ii) to dismiss this action with prejudice pursuant to a fully executed settlement agreement between the Parties.

IT IS SO STIPULATED.

DATED:  25 of February, 2019       DATED: 25 of February, 2019

WOLFE & WYMAN LLP

By:*/s/Andrew A. Bao*         By: */s/Michael T. Gebhart*
 ANDREW A. BAO, ESQ.       MICHAEL T. GEBHART, ESQ.
 6757 Spencer Street          Nevada Bar No. 7718
 Las Vegas, NV  89119        844 Holly Lake Way
 Attorneys for Defendant       Henderson, NV  89002
 DITECH FINANCIAL, INC.      Plaintiff

3286463.1

# ORDER

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, based on the terms of a settlement agreement. The parties' obligations under the order to show cause [ECF No. 21] are deemed discharged. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 25, 2019

Submitted by,

DATED: February 25, 2019

WOLFE & WYMAN LLP


By:_/s/Andrew A. Bao_
    ANDREW A. BAO, ESQ.
    6757 Spencer Street
    Las Vegas, NV 89119
    Attorneys for Defendant
    **DITECH FINANCIAL, INC.**